# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                         06-00298-12-CR-W-ODS

**JEREMY D. ANDERS**

                                                **USM Number: 19469-045**

                                                David Johnson, CJA

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT:**

was found in violation of condition(s) Mandatory Condition of the term of supervision.

The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | "The defendant shall refrain from any unlawful use of a controlled substance." | December 8, 2010 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address.

                                                Date of Imposition of Sentence:
                                                February 10, 2011

Deft's U.S. Marshal No.:      19469-045

Defendant's Mailing Address:
c/o U.S. Marshal Service

Defendant's Residence Address:
Same as above

                                                /s/ Ortrie D. Smith
                                                ORTRIE D. SMITH
                                                UNITED STATES DISTRICT JUDGE

                                                February 10, 2011

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **time served on count 1**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal